ISMAIL J. RAMSEY (CABN 189820)
United States Attorney
MATHEW W. PILE (WSBA 32245)
Associate General Counsel
Office of Program Litigation, Office 7
ERIN HIGHLAND (GA Bar No. 153550)
Special Assistant United States Attorney
Office of Program Litigation, Office 7
Office of the General Counsel
Social Security Administration
6401 Security Boulevard
Baltimore, MD 21235
Telephone: (206) 615-2495
Erin.highland@ssa.gov

Attorneys for Defendant

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### OAKLAND DIVISION

| | |
|---|---|
| IRMA R. GARCIA,<br><br>    Plaintiff,<br><br>  vs.<br><br>MARTIN O'MALLEY,<br>Commissioner of Social Security,<br><br>    Defendant. | CIVIL NO.  4:23-cv-06361-YGR<br><br>STIPULATION TO VOLUNTARY REMAND PURSUANT TO 42 U.S.C. SECTION 405(g) SENTENCE FOUR AND TO ENTRY OF JUDGMENT; [~~PROPOSED~~] ORDER<br><br>As Annotated by the Court |

   IT IS HEREBY STIPULATED by and between the parties, through their undersigned attorneys, and with the approval of the Court, that the Commissioner of Social Security has agreed to a voluntary remand of this case pursuant to sentence four of 42 U.S.C. § 405(g). On remand, the Commissioner will:

- Reevaluate the claimant's impairments, including the claimant's allegations of mental impairments;

- Consider and evaluate the medical opinions, as well as any challenges thereto, in accordance

~~Stip. to Remand, [4:23-cv-06361-YGR]~~           1

with the governing regulations and policy;

- Reevaluate the claimant's subjective symptom testimony;
- Continue with the sequential evaluation process, as necessary. This may include reevaluating the claimant's residual functional capacity; reevaluating the claimant's ability to perform other work; making specific findings; and explaining and resolving any conflicts; and
- Further develop the record as needed and issue a new decision.

The parties further request that the Clerk of the Court be directed to enter a final judgment in favor of Plaintiff, and against Defendant, reversing the final decision of the Commissioner.

Dated: May 22, 2024   By:   /s/ *Preeti G. Bishop*
PREETI G. BISHOP
(as authorized by email)
Attorneys for Plaintiff

Dated: May 22, 2024   ISMAIL J. RAMSEY
United States Attorney

By:   /s/ *Erin Highland*
ERIN HIGHLAND
Special Assistant U.S. Attorney
Office of Program Litigation, Office 7
Attorneys for Defendant

In accordance with Civil Local Rule 5-1(i)(3), I, Erin Highland, attest that I have obtained concurrence in the filing of this document from all other signatories listed here.

Given the parties' joint stipulation to remand this case, the Court makes the following additional rulings: First, plaintiff's motion for redaction is GRANTED given the sensitive information here at issue. Second, plaintiff's motion to place a psychological report on the record is DENIED WITHOUT PREJUDICE. This terminates Dkt. Nos. 5, 16, and 17.

IT IS SO ORDERED:

DATE:  May 24, 2024

THE HONORABLE YVONNE GONZALEZ ROGERS
United States District Judge

Stip. to Remand, [4:23-cv-06361-YGR]                    2